JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SKYLER H. PEARSON
Assistant Unites States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Skyler.Pearson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JORGE IVAN ALVAREZ, )<br>)<br>Defendant. )<br>_____ ) | Case No.:    2:23-mj-0806-DJA<br><br>**STIPULATION TO CLOSE CASE** |

IT IS STIPULATED AND AGREED, by and between JASON M. FRIERSON,

United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the

United States of America, and Nicholas Wooldridge, Esquire, counsel for the defendant Jorge

Ivan Alvarez, that the above-captioned matter be closed.

This Stipulation is entered into based upon the following:

1.     On or about March 20, 2024, defendant entered into a Petty Offense

Agreement with the United States in which he agreed to plead guilty to Count One of the

Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol and Drugs, in

violation of 36 C.F.R. § 4.23(a)(1). *See* ECF No. 9.

2.     The parties agreed to recommend that defendant be sentenced to one year of

unsupervised probation with the following special conditions: (i) pay a $500.00 fine and a

mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete an eight (8) hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six (6) months; and (v) not violate any local, state, or federal laws for a period of six (6) months. If the defendant successfully completes his obligations within six months of unsupervised probation, the court will allow the defendant to withdraw his guilty plea to count one and the government will move to amend count one to reckless driving.

3.      On March 20, 2024, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 9.

4.      Since commencing her term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), and (iv).

///

///

///

///

///

///

///

///

///

///

///

///

///

5.   As such, the parties jointly request that the defendant be allowed to withdraw his guilty plea to count one and the government moves to amend count one to reckless driving. The parties also jointly request that the above-captioned matter be closed.

DATED this 10th day of October, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

_/s/    Nicholas Wooldridge_                                   _/s/ Skyler Pearson_
NICHOLAS WOOLDRIDGE, ESQ.                    SKYLER PEARSON
Attorney for Defendant                               Assistant United States Attorney
**JORGE IVAN ALVAREZ**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )        Case No.:      2:23-mj-0806-DJA
vs.                                )
                                   )        **ORDER TO CLOSE THE CASE**
JORGE IVAN ALVAREZ,                )
                                   )
          Defendant.               )
                                   )
_____)

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Defendant Jorge Ivan Alvarez has successfully completed the conditions of his sentencing.


## ORDER

IT IS HEREBY ORDERED that the defendant is allowed to withdraw his guilty plea to count one and that the count one be amended to reckless driving.

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.


DATED this 11th day of October, 2024



_____
UNITED STATES MAGISTRATE JUDGE

4